WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 05506
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
esmith@wrightlegal.net
rjung@wrightlegal.net
*Attorneys for Plaintiff,
PROF-2013-S3 Legal Title Trust,
by U.S. Bank National Association,
as Legal Title Trustee*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PROF-2013-S3 LEGAL TITLE TRUST, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE<br><br>Plaintiff,<br><br>vs.<br><br>FLYING FROG AVENUE TRUST, a Nevada Limited Liability Company, VENEZIA COMMUNITY ASSOCIATION, RED ROCK FINANCIAL SERVICES, LLC, DOE Individual I-X inclusive; and ROE Business Entities XI-XX inclusive;<br><br>Defendants. | Case No.: 2:17-cv-01933-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO DEFENDANT RED ROCK FINANCIAL SERVICES, LLC'S MOTION TO DISMISS [ECF NO. 19] and DEFENDANT FLYING FROG AVENUE TRUST'S MOTION TO DISMISS [ECF NO. 21]** |

COMES NOW, Plaintiff, PROF-2013-S3 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee (hereinafter "Plaintiff" or "U.S. Bank"), by and through its attorney, ROCK K. JUNG, ESQ., of the law firm of Wright, Finlay & Zak, LLP, and Defendant, Flying Frog Avenue Trust (hereinafter "Flying Frog" or "Defendant"), by and through its counsel of record, Michael F. Bohn, Esq. and Adam R. Trippiedi, Esq. of the Law Offices of Michael F. Bohn, Esq., Ltd., and Defendant Red Rock Financial Services, LLC (hereinafter

1   "RRFS"), by and through its counsel of record, Steve Scow, Esq. of Koch & Scow, LLC, and

2   hereby stipulate and agree as follows:

3         WHEREAS on November 7, 2017, Plaintiff filed its First Amended Complaint against

4   Defendants seeking quiet title and declaratory relief concerning the real property located at 8970

5   Flying Frog Avenue, Las Vegas, Nevada 89148, purportedly sold at a non-judicial foreclosure

6   sale on February 4, 2013, to Defendant in satisfaction the HOA's lien for unpaid assessments.

7         WHEREAS on November 17, 2017, RRFS filed a Motion to Dismiss [ECF No. 19].

8         WHEREAS the deadline for Plaintiff to file a response to RRFS's Motion to Dismiss is

9   currently set for December 1, 2017.

10        WHEREAS on November 22, 2017, FLYING FROG filed a Motion to Dismiss [ECF No.

11   21].

12        WHEREAS the deadline for Plaintiff to file a response to FLYING FROG's Motion to

13   Dismiss is currently set for December 6, 2017.

14        WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED

15   that the deadline for Plaintiff to file a response to RRFS's Motion to Dismiss should be extended

16   to December 22, 2017.

17        IT IS FURTHER STIPULATED AND AGREED that the deadline for Plaintiff to file a

18   response to FROG's Motion to Dismiss should be extended to December 22, 2017.

19        DATED this 30th day of November, 2017.

| WRIGHT, FINLAY & ZAK, LLP | LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD. |
|---|---|
| */s/ Rock K. Jung, Esq.* | */s/ Michael F. Bohn, Esq.* |
| EDGAR C. SMITH, ESQ. | MICHAEL F. BOHN, ESQ. |
| Nevada Bar No. 05506 | Nevada Bar No. 1641 |
| E-Mail: esmith@wrightlegal.net | E-Mail: mbohn@bohnlawfirm.com |
| ROCK K. JUNG, ESQ. | ADAM R. TRIPPIEDI, ESQ.. |
| Nevada Bar No. 10906 | Nevada Bar No. 12294 |
| E-Mail: rjung@wrightlegal.net | E-Mail: atrippiedi@bohnlawfirm.com |
| 7785 W. Sahara Ave., Suite 200 | 376 East Warm Springs Road, Suite 140 |
| Las Vegas, Nevada 89117 | Las Vegas, NV 89119 |
| *Attorneys For: PROF-2013-S# Legal Title Trust, U.S. Bank National Association, as Legal Title Trustee* | *Attorneys For: Flying Frog Avenue Trust* |

| | |
|---|---|
| 1 | KOCH & SCOW LLC |
| 2 | |
| 3 | /s/ Steve B. Scow, Esq.<br>Steve B. Scow, Esq. |
| 4 | Nevada Bar No. 9906<br>E-Mail: sscow@kochscow.com |
| 5 | 11500 South Eastern Avenue, Suite 210<br>Henderson, NV 89052 |
| 6 | *Attorneys for Defendant,* |
| 7 | *Red Rock Financial Services* |

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: December 1, 2017