1  WRIGHT, FINLAY & ZAK, LLP
   Edgar C. Smith, Esq.
2  Nevada Bar No. 05506
   Rock K. Jung, Esq.
3  Nevada Bar No. 10906
4  7785 W. Sahara Ave., Suite 200
   Las Vegas, NV 89117
5  (702) 475-7964; Fax: (702) 946-1345
   esmith@wrightlegal.net
6  rjung@wrightlegal.net
   *Attorneys for Plaintiff,*
7  *PROF-2013-S3 Legal Title Trust,*
   *by U.S. Bank National Association,*
8  *as Legal Title Trustee*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PROF-2013-S3 LEGAL TITLE TRUST, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE<br><br>Plaintiff,<br><br>vs.<br><br>FLYING FROG AVENUE TRUST, a Nevada Limited Liability Company, VENEZIA COMMUNITY ASSOCIATION, RED ROCK FINANCIAL SERVICES, LLC, DOE Individual I-X inclusive; and ROE Business Entities XI-XX inclusive;<br><br>Defendants. | Case No.: 2:17-cv-01933-JCM-GWF<br><br>**STIPULATION AND ORDER FOR WITHDRAWAL OF DEFENDANT FLYING FROG AVENUE TRUST'S MOTION FOR SUMMARY JUDGMENT (ECF #34)** |

COMES NOW, Plaintiff, PROF-2013-S3 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee (hereinafter "Plaintiff" or "U.S. Bank"), by and through its attorney, ROCK K. JUNG, ESQ., of the law firm of Wright, Finlay & Zak, LLP, and Defendant, Flying Frog Avenue Trust (hereinafter "Flying Frog" or "Defendant"), by and through its counsel of record, Michael F. Bohn, Esq., and Nikoll Nikci, Esq. of the Law Offices of Michael F. Bohn, Esq., Ltd., and Defendant Red Rock Financial Services, LLC (hereinafter "RRFS"), by and through its counsel of record, Steve Scow, Esq. of Koch & Scow, LLC, and hereby stipulate

and agree to allow defendant, Flying Frog Avenue Trust to Withdraw its Motion for Summary Judgment.

On April 12, 2018, defendant, Flying Frog Avenue Trust filed its Motion for Summary Judgment. As a result of the Stipulation to Extend Dispositive Motion Deadline (ECF #37), defendant's Motion For Summary Judgment (ECF #34) should be Withdrawn

IT IS SO STIPULATED.

DATED this 13th day of April, 2018.

| WRIGHT, FINLAY & ZAK, LLP | LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD. |
|---|---|
| /s/ Rock K. Jung, Esq. | /s/ Michael F. Bohn, Esq. |
| EDGAR C. SMITH, ESQ. | MICHAEL F. BOHN, ESQ. |
| Nevada Bar No. 05506 | Nevada Bar No. 1641 |
| E-Mail: esmith@wrightlegal.net | E-Mail: mbohn@bohnlawfirm.com |
| ROCK K. JUNG, ESQ. | NIKOLL NIKCI, ESQ.. |
| Nevada Bar No. 10906 | Nevada Bar No. ??? |
| E-Mail: rjung@wrightlegal.net | E-Mail: nnikci@bohnlawfirm.com |
| 7785 W. Sahara Ave., Suite 200 | 376 East Warm Springs Road, Suite 140 |
| Las Vegas, Nevada 89117 | Las Vegas, NV 89119 |
| *Attorneys For: PROF-2013-S3 Legal Title Trust, U.S. Bank National Association, as Legal Title Trustee* | *Attorneys For: Flying Frog Avenue Trust* |

KOCH & SCOW LLC

 /s/ Steve B. Scow, Esq.
Steve B. Scow, Esq.
Nevada Bar No. 9906
E-Mail: sscow@kochscow.com
11500 South Eastern Avenue, Suite 210
Henderson, NV 89052
*Attorneys for Defendant,
Red Rock Financial Services*

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: April 17, 2018