1  MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
2  mbohn@bohnlawfirm.com
NIKOLL NIKCI, ESQ.
3  Nevada Bar No. 10699
nnikci@bohnlawfirm.com
4  LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
5  2260 Corporate Circle, Suite 480
Henderson, NV 89074
6  (702) 642-3113/ (702) 642-9766 FAX
Attorney for defendant Flying Frog
7  Avenue Trust

8

9  UNITED STATES DISTRICT  COURT

10  DISTRICT OF NEVADA

11  PROF-2013-S3 LEGAL TITLE TRUST, BY          CASE NO.: 2:17-cv-01933-JCM-GWF
U.S. BANK NATIONAL ASSOCIATION, AS
12  LEGAL TITLE TRUSTEE,

13          Plaintiff,

14  vs.

15  FLYING FROG AVENUE TRUST,

16          Defendant.

17

18

19  **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**

20  **(THIRD REQUEST)**

21          Defendant, Flying Frog Avenue Trust (hereinafter "Flying Frog" or "Defendant"), by and through

22  its counsel of record, the Law Offices of Michael F. Bohn, Esq., Ltd., plaintiff, PROF-2013-S3 Legal

23  Title Trust, by U.S. Bank National Association, as Legal Title Trustee (hereinafter "Plaintiff" or "U.S.

24  Bank"), by and through its attorney, ROCK K. JUNG, ESQ., of the law firm of Wright, Finlay & Zak,

25  LLP, and Defendant Red Rock Financial Services, LLC (hereinafter "RRFS"), by and through its counsel

26

27

28                                           1

of record, Steve Scow, Esq. of Koch & Scow, LLC, and hereby stipulate and agree to extend discovery and dispositive motion deadlines.

**A.** **DISCOVERY COMPLETED**

1.    Plaintiffs' Initial and First Supplemental Disclosures.

2.    Plaintiff's Subpoena Duces Tecum to Venezia Community Association and Red Rock Financial Services.

3.    Plaintiffs' written discovery (interrogatories, requests for production and requests for admission) to Flying Frog Avenue Trust.

4.    Defendant Flying Frog Avenue Trust's Initial Disclosures.

5.    Flying Frog Avenue Trust's responses to Plaintiffs' written discovery (requests for production, requests for admission, interrogatories).

6.    Plaintiff's Expert Disclosure

7.    Plaintiff's written discovery (interrogatories, requests for production and requests for admission) to Red Rock Financial Services, LLC.

8.    Red Rock Financial Services, LLC's Initial Disclosures.

9.    Red Rock Financial Services, LLC's responses to Plaintiffs' written discovery (requests for production, requests for admission, interrogatories).

10.    Flying Frog Avenue Trust's written discovery (interrogatories, requests for production and requests for admission) to Plaintiff.

11.    Plaintiff's responses to Flying Frog Avenue Trust's written discovery (interrogatories, requests for production and requests for admission).

**B.** **DISCOVERY THAT REMAINS TO BE COMPLETED**

1.    Plaintiff's Supplemental responses to Flying Frog Avenue Trust's written discovery (interrogatories and requests for production).

**C.    REASON WHY DISCOVERY HAS NOT BEEN COMPLETED**

Good cause and excusable neglect justify an extension of the deadlines at this time.  Defendant, Flying Frog Avenue Trust, has requested that Plaintiff supplement its responses to their discovery requests.  Plaintiff agreed to supplement the written discovery and has been working with defendant Flying Frog Avenue Trust to address it concerns.  Therefore, with the hope of completing discovery without requiring court intervention, the parties are desirous to extend the dispositive motions deadline at this time.

**D.    PROPOSED PRE-TRIAL DEADLINES AND DISCOVERY SCHEDULE**

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Discovery Cut-Off | March 13, 2018 | N/A |
| Motions to Amend Pleadings/Add Parties | November 6, 2017 | N/A |
| Expert Disclosures | December 6, 2017 | N/A |
| Rebuttal Expert Disclosures | January 5, 2018 | N/A |
| Dispositive Motions | May 14, 2018 | May 29, 2018 |
| Joint Pre-Trial Order | June 4, 2018 | June 19, 2018 |

**E.    CURRENT TRIAL DATE**

A trial date is not currently set for this matter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3

**F.     CONCLUSION**

Accordingly, for good cause shown, excusable neglect, and the joint work of the parties to conclude discovery amicably the parties respectfully request that the Court enter the accompanying order to extend the aforementioned dispositive motions deadline in this matter.

IT IS SO STIPULATED.

DATED this 10th day of May, 2018.

**WRIGHT, FINLAY & ZAK, LLP**

 /s/ Rock K. Jung, Esq.
EDGAR C. SMITH, ESQ.
Nevada Bar No. 05506
E-Mail: esmith@wrightlegal.net
ROCK K. JUNG, ESQ.
Nevada Bar No. 10906
E-Mail: rjung@wrightlegal.net
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada  89117
Attorneys for plaintiff PROF-2013-S3 Legal
Title Trust, U.S. Bank National Association,
 as Legal Title Trustee

**LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.**

 /s/ Michael F. Bohn, Esq.
MICHAEL F. BOHN, ESQ.
Nevada Bar No. 1641
E-Mail: mbohn@bohnlawfirm.com
NIKOLL NIKCI, ESQ.
Nevada Bar No. 10699
E-Mail: nnikci@bohnlawfirm.com
2260 Corporate Circle, Suite 480
Henderson, NV 89074
Attorneys for defendant Flying Frog Avenue Trust

**KOCH & SCOW LLC**

 /s/ Steve B. Scow, Esq.
Steve B. Scow, Esq.
Nevada Bar No. 9906
E-Mail:  sscow@kochscow.com
11500 South Eastern Avenue, Suite 210
Henderson, NV 89052
Attorneys for defendant
Red Rock Financial Services

**ORDER**

**IT IS SO ORDERED.**

_George Foley Jr._
_____
UNITED STATES MAGISTRATE JUDGE

DATED:  5-11-2018
_____

4

1   Respectfully submitted by:

2   LAW OFFICES OF
    MICHAEL F. BOHN, ESQ., LTD.

3

4   By:   /s/ Michael F. Bohn, Esq.
          MICHAEL F. BOHN, ESQ.
5         NIKOLL NIKCI, ESQ.
          2260 Corporate Circle, Ste. 140
6         Las Vegas, NV 89074
          Attorneys for defendant Flying Frog Avenue Trust

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                           5