WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 05506
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
esmith@wrightlegal.net
rjung@wrightlegal.net
*Attorneys for Plaintiff,*
*PROF-2013-S3 Legal Title Trust V,*
*by U.S. Bank National Association,*
*as Legal Title Trustee*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PROF-2013-S3 LEGAL TITLE TRUST V, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE<br><br>Plaintiff,<br><br>vs.<br><br>FLYING FROG AVENUE TRUST, a Nevada Limited Liability Company, VENEZIA COMMUNITY ASSOCIATION, RED ROCK FINANCIAL SERVICES, LLC, DOE Individual I-X inclusive; and ROE Business Entities XI-XX inclusive;<br><br>Defendants. | Case No.: 2:17-cv-01933-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT** |

COMES NOW, Plaintiff, PROF-2013-S3 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee (hereinafter "Plaintiff" or "U.S. Bank"), by and through its attorney, ROCK K. JUNG, ESQ., of the law firm of Wright, Finlay & Zak, LLP, and Defendant, Flying Frog Avenue Trust (hereinafter "Flying Frog" or "Defendant"), by and through its counsel of record, Michael F. Bohn, Esq., and Nikoll Nikci, Esq. of the Law Offices of Michael F. Bohn, Esq., Ltd., and Defendant Red Rock Financial Services, LLC (hereinafter "RRFS"), by

and through its counsel of record, Steve Scow, Esq. of Koch & Scow, LLC, and hereby stipulate and agree to the following:

1. On May 29, 2018, Defendant Flying Frog Avenue Trust filed its Motion for Summary Judgment [Dkt 45]. Plaintiff's Opposition is due June 19, 2018, and Defendant Flying Frog's Reply would be due on or before July 5, 2018.

2. On May 29, 2018, Plaintiff filed its Motion for Summary Judgment [Dkt 46]. Oppositions thereto are due on June 19, 2018, and Plaintiff's Reply would be due on or before July 5, 2018.

3. The parties agree that the Deadlines should be extended by two weeks.

4. Accordingly, Plaintiff's Opposition to Defendant Flying Frog Avenue Trust's Motion for Summary Judgment [Dkt 45] will be due on July 3, 2018, and Flying Frog's Reply would be due July 14, 2018.

5. Further, Flying Frog's Opposition to Plaintiff's Motion for Summary Judgment [Dkt 46] will be due on July 3, 2018, and Plaintiff's Reply would be due July 14, 2018.

IT IS SO STIPULATED.

DATED this 15th day of June, 2018.

| **WRIGHT, FINLAY & ZAK, LLP** | **LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.** |
|---|---|
| */s/ Rock K. Jung, Esq.* | */s/ Michael F. Bohn, Esq.* |
| EDGAR C. SMITH, ESQ.<br>Nevada Bar No. 05506<br>E-Mail: esmith@wrightlegal.net<br>ROCK K. JUNG, ESQ.<br>Nevada Bar No. 10906<br>E-Mail: rjung@wrightlegal.net<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, Nevada 89117<br>*Attorneys For: PROF-2013-S3 Legal Title Trust, U.S. Bank National Association, as Legal Title Trustee* | MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>E-Mail: mbohn@bohnlawfirm.com<br>NIKOLL NIKCI, ESQ..<br>Nevada Bar No. 10699<br>E-Mail: nnikci@bohnlawfirm.com<br>376 East Warm Springs Road, Suite 140<br>Las Vegas, NV 89119<br>*Attorneys For:<br>Flying Frog Avenue Trust* |

KOCH & SCOW LLC

 /s/ Steve B. Scow, Esq.
Steve B. Scow, Esq.
Nevada Bar No. 9906
E-Mail:  sscow@kochscow.com
11500 South Eastern Avenue, Suite 210
Henderson, NV 89052
*Attorneys for Defendant,*
*Red Rock Financial Services*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: June 18, 2018