1  WRIGHT, FINLAY & ZAK, LLP
   Edgar C. Smith, Esq.
2  Nevada Bar No. 05506
   Rock K. Jung, Esq.
3  Nevada Bar No. 10906
4  7785 W. Sahara Ave., Suite 200
   Las Vegas, NV 89117
5  (702) 475-7964; Fax: (702) 946-1345
   esmith@wrightlegal.net
6  rjung@wrightlegal.net
   *Attorneys for Plaintiff,*
7  *PROF-2013-S3 Legal Title Trust V,*
   *by U.S. Bank National Association,*
8  *as Legal Title Trustee*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PROF-2013-S3 LEGAL TITLE TRUST V, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE<br><br>Plaintiff,<br><br>vs.<br><br>FLYING FROG AVENUE TRUST, a Nevada Limited Liability Company, VENEZIA COMMUNITY ASSOCIATION, RED ROCK FINANCIAL SERVICES, LLC, DOE Individual I-X inclusive; and ROE Business Entities XI-XX inclusive;<br><br>Defendants. | Case No.: 2:17-cv-01933-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER** |

COMES NOW, Plaintiff, PROF-2013-S3 Legal Title Trust V, by U.S. Bank National Association, as Legal Title Trustee (hereinafter "Plaintiff" or "U.S. Bank"), by and through its attorney, ROCK K. JUNG, ESQ., of the law firm of Wright, Finlay & Zak, LLP, and Defendant, Flying Frog Avenue Trust (hereinafter "Flying Frog" or "Defendant"), by and through its counsel of record, Michael F. Bohn, Esq., and Nikoll Nikci, Esq. of the Law Offices of Michael F. Bohn, Esq., Ltd., and Defendant Red Rock Financial Services, LLC (hereinafter "RRFS"), by

and through its counsel of record, Steve Scow, Esq. of Koch & Scow, LLC, and hereby stipulate and agree to the following:

1. This lawsuit involves the parties seeking quiet title/declaratory relief and other claims related to a non-judicial homeowner's foreclosure sale conducted on a Property pursuant to NRS Chapter 116.

2. On August 31, 2017, the Court issued its Scheduling Order [Dkt 11] to file a joint pretrial order no later than April 5, 2018.

3. The parties then Stipulated to Extend Discovery and Dispositive Motion Deadlines and, on February 23, 2018, this Court extended the Joint Pretrial Order deadline to May 4, 2018 [Dkt 33].

4. The parties then Stipulated to Extend the Dispositive Motion Deadline and, on April 17, 2018, this Court extended the deadline for the Joint Pretrial Order deadline to June 4, 2018 [Dkt 40].

5. The parties then Stipulated to Extend the Dispositive Motion Deadline again and, on May 11, 2018, this Court extended the deadline for the Joint Pretrial Order deadline to June 19, 2018 [Dkt 43].

6. On May 29, 2018, Defendant Flying Frog Avenue Trust filed its Motion for Summary Judgment [Dkt 45]. Plaintiff's Opposition is due June 19, 2018, and Defendant Flying Frog's Reply would be due on or before July 5, 2018.

7. On May 29, 2018, Plaintiff filed its Motion for Summary Judgment [Dkt 46]. Oppositions thereto are due on June 19, 2018, and Plaintiff's Reply would be due on or before July 5, 2018.

8. The parties then Stipulated to Extend the Opposition and Reply Deadline pertaining to the Motions for Summary Judgment [Dkt 45 and Dkt 46] and, on June 18, 2018, this Court extended the deadline to the parties respective Oppositions to July 3, 2018 and the parties respective Replies to July 14, 2018 [Dkt 49].

9. The parties agree that the filing of the Joint Pre-Trial Order should be extended until after this Court rules on the pending Motions.

10. Upon the Court issuing a ruling on the pending Motions, the parties request they then have fourteen (14) days to submit to the Court the Joint Pre-Trial Order.

IT IS SO STIPULATED.

DATED this 18th day of June, 2018.

| | |
|---|---|
| **WRIGHT, FINLAY & ZAK, LLP** | **LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.** |
| /s/ Rock K. Jung, Esq. | /s/ Michael F. Bohn, Esq. |
| EDGAR C. SMITH, ESQ.<br>Nevada Bar No. 05506<br>E-Mail: esmith@wrightlegal.net<br>ROCK K. JUNG, ESQ.<br>Nevada Bar No. 10906<br>E-Mail: rjung@wrightlegal.net<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, Nevada 89117<br>*Attorneys For: PROF-2013-S3 Legal Title Trust V, U.S. Bank National Association, as Legal Title Trustee* | MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>E-Mail: mbohn@bohnlawfirm.com<br>NIKOLL NIKCI, ESQ..<br>Nevada Bar No. 10699<br>E-Mail: nnikci@bohnlawfirm.com<br>376 East Warm Springs Road, Suite 140<br>Las Vegas, NV 89119<br>*Attorneys For:*<br>*Flying Frog Avenue Trust* |

KOCH & SCOW LLC

/s/ Steve B. Scow, Esq.
Steve B. Scow, Esq.
Nevada Bar No. 9906
E-Mail: sscow@kochscow.com
11500 South Eastern Avenue, Suite 210
Henderson, NV 89052
*Attorneys for Defendant,*
*Red Rock Financial Services*

**ORDER**

**IT IS SO ORDERED.**

*/s/ George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

DATED: 6-19-2018