UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PROF-2013-S3 LEGAL TITLE TRUST V, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff(s),<br><br>v.<br><br>FLYING FROG AVENUE TRUST, et al., et al.,<br><br>Defendant(s). | Case No. 2:17-CV-1933 JCM (GWF)<br><br>ORDER |

Presently before the court is the matter of *Prof-2013-S3 Legal Title Trust V, By U.S. Bank National Association v. Flying Frog Avenue Trust*, case number 2:17-cv-01933-JCM-GWF.  On September 19, 2018, this court granted defendant Red Rock Financial Services, LLC's ("Red Rock") motion to dismiss and defendant Flying Frog Avenue Trust's ("Flying Frog") motion for summary judgment.  (ECF No. 59).  The court denied plaintiff Prof-2013-S3 Legal Title Trust V by U.S. Bank National Association as Legal Title Trustee's ("U.S. Bank") motion for summary judgment.  *Id.*  Thus, the court quieted title in Flying Frog's favor and entered judgment accordingly.  *Id.*; (*see also* ECF No. 60).  U.S. Bank appealed.  (ECF No. 61).

Relying on *Bank of Am., N.A. v. SFR Invs. Pool 1, LLC*, 427 P.3d 113, 117–18 (Nev. 2018) ("*Diamond Spur*") (en banc), and *Bank of Am., N.A. v. Arlington W. Twilight Homeowners Ass'n*, 920 F.3d 620, 623 (9th Cir. 2019) (per curiam), both of which were decided after this court's order, the Ninth Circuit reversed this court's decision.  (ECF No. 63).  The Ninth Circuit held that U.S. Bank's predecessor tendered the amount necessary to preserve its interest.  *Id.* at 2–3.  As a result,

**James C. Mahan**
**U.S. District Judge**

the valid tender discharged the superpriority amount of the HOA's lien, and U.S. Bank's first security interest survived the foreclosure sale. *Id.* at 3.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the court's prior order (ECF No. 59) be, and the same hereby is, VACATED.

IT IS FURTHER ORDERED that U.S. Bank's motion for summary judgment (ECF No. 46) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that Flying Frog's motion for summary judgment (ECF No. 45) be, and the same hereby is, DENIED.

IT IS FURTHER ORDERED that Red Rock's motion to dismiss (ECF No. 19) be, and the same hereby is, GRANTED.[1]

IT IS FURTHER ORDERED that defendant Flying Frog's motion to dismiss (ECF No. 21) be, and the same hereby is, DENIED as moot.

The clerk is instructed to enter judgment quieting title in U.S. Bank's favor.

DATED June 12, 2020.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The parties did not challenge this court's order as it pertains to Red Rock's motion to dismiss. (*See generally* ECF No. 63).

**James C. Mahan**
**U.S. District Judge**

- 2 -